No. 58381.—Copeland & Thompson, Inc. v. United States, protests 225338–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that certain items of the merchandise consist of figures similar in all material respects to those passed upon in Abstract 57915, the claim of the plaintiff was sustained.

SEPTEMBER 7, 1954

No. 58382.—China Mercantile Company T. Y. Fu et al. v. United States, protests 196571–K/4206, etc.—Protests abandoned August 3, 1954. (Not published.) (Initial No. 160710–K/2856.) Plaintiffs' application for rehearing granted.

SEPTEMBER 9, 1954

No. 58383.—D. N. & E. Walter Co. and Hoyt, Shepston & Sciaroni v. United States, protest 127236–K.—                         —C. D. 1629. Plaintiffs' application for rehearing denied.

SEPTEMBER 3, 1954

No. 58384.—SUIT 4792.—United States v. E. R. Squibb & Sons et al.—
                                                 —A. R. D. 29 affirmed May 27, 1954.  C. A. D. 564.

SEPTEMBER 9, 1954

No. 58385.—SUIT 4821.—United States v. Nicholas Gal (Globe Shipping Co., Inc.).—                                        A. R. D. 39 and A. R. D. 15. (Appeal dismissed June 18, 1954.)